**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HAIVISION NETWORK VIDEO INC.,<br>HAIVISION NETWORK VIDEO CORP.,<br>AND HAIVISION KB INC.,<br><br>    Defendants. | C.A. No. 1:17-cv-01520-JFB-SRF |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO**
**HAIVISION NETWORK VIDEO CORP. AND HAIVISION KB INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses without prejudice Defendants Haivision Network Video Corp. and Haivision KB Inc. Each party shall bear its own costs, expenses, and attorneys' fees. Defendant Haivision Network Video Inc. remains in the case.

| | |
|---|---|
| March 14, 2018 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman<br>Stephen B. Brauerman (No. 4952) |
| Marc A. Fenster | Sara E. Bussiere (No. 5725) |
| Brian D. Ledahl | 600 N. King Street, Suite 400 |
| Reza Mirzaie | Wilmington, DE 19801 |
| C. Jay Chung | (302) 655-5000 |
| RUSS, AUGUST & KABAT | sbrauerman@bayardlaw.com |
| 12424 Wilshire Boulevard, 12th Floor | sbussiere@bayardlaw.com |
| (310) 826-7474 | |
| Los Angeles, CA 90025-1031 | *Attorneys for Plaintiff Realtime Adaptive* |
| mfenster@raklaw.com | *Streaming LLC* |
| bledahl@raklaw.com | |
| rmirzaie@raklaw.com | |
| jchung@raklaw.com | |